**UNITED STATES DISTRICT COURT**
<u>**NORTHERN DISTRICT OF NEW YORK**</u>
**KENNETH H. G.,**

|  |  |
|---|---|
| Plaintiff, | 5:20-cv-1395 (GLS/DEP) |
| v. |  |
| **COMMISSIONER OF SOCIAL SECURITY,** |  |
| Defendant. |  |

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **FOR THE PLAINTIFF:**<br>Olinsky Law Group<br>250 South Clinton Street, Suite 210<br>Syracuse, New York 13202 | HOWARD D. OLINSKY, ESQ.<br>ALEXANDER CHARLES<br>HOBAICA, ESQ. |
| **FOR THE DEFENDANT:**<br>HON. CARLA B. FREEDMAN<br>United States Attorney<br>100 South Clinton Street<br>Syracuse, NY 13261 | NATASHA OELTJEN<br>Special Assistant U.S. Attorney |
| Anatoly Shnaider<br>Regional Chief Counsel<br>Office of Regional Counsel, Region I<br>625 JFK Building<br>15 New Sudbury Street<br>Boston, MA 02203 | |

**Gary L. Sharpe**
**Senior District Judge**

## <u>ORDER</u>

The above-captioned matter comes to this court following a Report and Recommendation (R&R) by Magistrate Judge David E. Peebles duly filed

February 7, 2022.  (Dkt. No. 24.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report and Recommendation (Dkt. No. 24) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's motion for judgment on the pleadings (Dkt. No. 18) is **GRANTED**; and it is further

**ORDERED** that defendant's motion for judgment on the pleadings (Dkt. No. 21) is **DENIED**; and it is further

**ORDERED** that the determination of the Commissioner is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings; and it is further

**ORDERED** that the clerk is directed to enter judgment and close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

March 4, 2022
Albany, New York

_____
Gary L. Sharpe
U.S. District Judge